VA'AI OTO, a minor, by and through
her Guardian ad litem, SIAKI OTO, Plaintiff

v.

NATIONAL PACIFIC INSURANCE CO. LTD., and
GAU'ULA FAIAIPA'U, Defendants.

High Court of American Samoa
Trial Division

CA. NO. 86-82

November 26, 1986

Before REES, Chief Justice, Presiding, AFUOLA,
Associate Judge and VAIVAO, Associate Judge.

Counsel: For the Plaintiff, Roger Hazell

Counsel in this case has filed a "motion to
cash C.D." which incidentally seeks the Court's
approval for a contingency fee of 40% of the award,
plus reimbursement of all expenses borne by the
attorney.

The Court has the statutory responsibility to
supervise all lawsuits involving minors. This is
the first time the contingency fee contract has
been presented for the Court's approval, and we
feel that a total fee of one-third of the amount
recovered is the absolute maximum we can approve.

We do not intend to imply any disapproval of
the conduct of the attorney or the guarding in this
case. Rather, in approving fees to be paid by
minors the Court must exercise its own best
judgment, recognizing that reasonable people may
disagree on such questions.